# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Omar Trujillo**<br>DOB: 2000; United States Citizen<br>**Carlos Martinez**<br>DOB: 1976; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>22-07566MJ |

Complaint for violation of Title 18, United States Code, Sections 2 and 922(a)(6)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 2, 2022, in the District of Arizona, Omar TRUJILLO and Carlos MARTINEZ knowingly made a false statement and representation in connection with the acquisition of a firearm from Turner's Outdoorsman, a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, which was intended and likely to deceive Turner's Outdoorsman as to a fact material to the lawfulness of a sale of the firearm by Turner's Outdoorsman, in that Carlos MARTINEZ stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of Omar Trujillo; and Omar Trujillo aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2 and 922(a)(6).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 2, 2022, law enforcement agents observed Omar TRUJILLO and Carlos MARTINEZ arrive at the business of Turner's Outdoorsman, a federally licensed firearms dealer in Tucson, Arizona. TRUJILLO was the co-owner and driver of the vehicle, and MARTINEZ was the passenger.

While at Turner's Outdoorsman, MARTINEZ purchased an Ohio Ordnance Works model M240-SLR .380 caliber rifle. In reference to question 21(a) of the ATF Form 4473 required by federal law to be completed in connection with the purchase of a firearm, MARTINEZ stated that he was the actual transferee/buyer of the firearm.

After completion of the purchase, Agents observed MARTINEZ and TRUJILLO exit the store with the M240-SLR rifle and place it in the back seat of the vehicle. A short while later, agents conducted a traffic stop of the vehicle. During his interview with the agents, MARTINEZ stated he had purchased the firearm on behalf of TRUJILLO and was not the actual purchaser of the firearm. TRUJILLO's cellular telephone was seized by law enforcement.

Agents obtained a federal search warrant for TRUJILLO's cellular telephone, and the search revealed text conversations between MARTINEZ and TRUJILLO discussing how much MARTINEZ would be paid to purchase the firearm and how MARTINEZ should act while in the store to avoid looking suspicious.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>**ANGELA WOOLRIDGE** Digitally signed by ANGELA WOOLRIDGE Date: 2022.07.25 14:00:15 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge*<br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br><br>**BRETT ADLER** Digitally signed by BRETT ADLER Date: 2022.07.25 14:11:35 -07'00'<br><br>OFFICIAL TITLE<br>ATF Special Agent Brett Adler |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Jacqueline M. Rateau* | DATE<br>July 25, 2022 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54